UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMI WOODS, <br><br> Plaintiff, <br><br> vs. <br><br> STANDARD INSURANCE CO., <br><br> Defendant. | NO. CV-11-078-JLQ <br><br> ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

BEFORE THE COURT is the Joint Motion for Order of Dismissal (ECF No. 10) reciting that a settlement has been reached and agreeing to dismiss the matter with prejudice and without an award of costs or attorney fees.

**IT IS HEREBY ORDERED:**

1. The Joint Motion (ECF No. 10) is **GRANTED**.

2. The Clerk of the court shall enter Judgment dismissing with prejudice the Complaint (ECF No. 1) and the claims therein, without costs or attorney fees to either party.

**IT IS SO ORDERED**. The Clerk of the court is directed to file this Order, enter Judgment, furnish copies to counsel, and close this file.

Dated October 11, 2011.

                          s/ Justin L. Quackenbush
                       JUSTIN L. QUACKENBUSH
                  SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1                         1